# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MEGHAN NICOLE QUINN, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| V. | ) CIVIL NO. 2:18-CV-149-DBH |
| | ) |
| U.S. PRISONER TRANSPORT, INC., ET AL., | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER AFFIRMING RECOMMENDED DECISION AND ORDER OF THE MAGISTRATE JUDGE, AND ORDER ON DEFENDANT ROBINSON'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

On January 17, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Order on Motion for Leave to Amend Complaint and Recommended Decision on Defendant's Motion to Dismiss (ECF No. 39). On January 31, 2019, the defendant Andrew Robinson filed an objection to the Recommended Decision (ECF No. 41), and an appeal of the Order on Motion for Leave to Amend Complaint (ECF No. 42).

I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations and findings of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

I have reviewed and considered the Magistrate Judge's Order on Motion for Leave to Amend Complaint. I concur with the Magistrate Judge's Order because it is neither clearly erroneous nor contrary to law, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant Robinson's motion to dismiss is **DENIED**.

The defendant Robinson's objection is **OVERRULED** and the Magistrate Judge's ruling on the Motion for Leave to Amend Complaint is **AFFIRMED** because the Order is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

The defendant Robinson's motion to dismiss the First Amended Complaint (ECF No. 44) is **DENIED** for the reasons set forth in the earlier Recommended Decision of the Magistrate Judge.

**SO ORDERED.**

**DATED THIS 3RD DAY OF APRIL, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**